Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff.
GERALDINE ROSENBERG

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| GERALDINE ROSENBERG,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>NCO FINANCIAL SYSTEMS, INC.,  )<br>  )<br>    Defendant.  )<br>  ) | **Case No.:**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

## **PLAINTIFF'S COMPLAINT**

GERALDINE ROSENBERG (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Hamden, New Haven County, Connecticut.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls (**regarding account #416UTO**) to Plaintiff seeking and demanding payment for an alleged debt (see Plaintiff's phone records attached as Exhibit A).

12. Defendant called Plaintiff from anonymous telephone numbers (see Exhibit A).

13. Defendant disclosed Plaintiff's alleged debt on a public answering machine (see Plaintiff's damages form attached as Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(b)* of the FDCPA by communicating with third parties in connection with the collection of Plaintiff's alleged debt (see Plaintiff's damages form attached as Exhibit B).

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity by calling from an anonymous telephone number.

    d. Defendant violated *§1692E(10)* of the FDCPA by using deceptive means to attempt to collect a debt because Defendant called Plaintiff from anonymous telephone numbers.

15. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, GERALDINE ROSENBERG, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, GERALDINE ROSENBERG, demands a jury trial in this cause of action.

|   |   |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| DATED: December 18, 2008 | KROHN & MOSS, LTD. |
| | By:   /s/ Nicholas J. Bontrager |
| | Nicholas J. Bontrager |
| | Attorney for Plaintiff |

# VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CONNECTICUT

Plaintiff, GERALDINE ROSENBERG, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, GERALDINE ROSENBERG, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 12/18/08

_____
GERALDINE ROSENBERG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT A

PLAINTIFF'S COMPLAINT

hi, gerirosenberg    Sign Out | My Account                          comcast.net |    Help    Security    Ask Comcast

Home    Email    Voice    Address Book    Preferences

Get Voice Mail | Delete        Reply by Email            Call Manager        1 - 19

| | From | Message | Date |
|---|---|---|---|
| **(203) 281-4595** | | | |
| Voice Mail | (323) 988-2400 | 0:24 | Today, 2:15 PM |
| Trash | (203) 623-9278 | 0:19 | Sat, 12/6/08, 9:46 AM |
| Missed Calls | (203) 639-1122 | 0:24 | Fri, 12/5/08, 6:58 PM |
| Answered Calls | (877) 273-3495 | 0:28 | Mon, 11/17/08, 10:34 AM |
| Placed Calls | anonymous | 0:29 | Wed, 11/12/08, 12:58 PM |
| | (860) 859-3495 | 1:17 | Mon, 11/10/08, 11:46 AM |
| | anonymous | 0:29 | Thu, 11/6/08, 3:08 PM |
| | anonymous | 0:29 | Tue, 10/28/08, 5:22 PM |
| | (203) 932-4607 | 0:03 | Sat, 10/25/08, 6:55 PM |
| | anonymous | 0:28 | Wed, 10/22/08, 2:35 PM |
| | (828) 645-6809 | 0:18 | Thu, 10/16/08, 1:30 PM |
| **(203) 281-1595** | (877) 273-3495 | 0:28 | Tue, 9/30/08, 1:45 PM |
| | (203) 430-6276 | 0:15 | Sun, 9/28/08, 9:08 AM |
| | anonymous | 0:29 | Thu, 9/11/08, 11:05 AM |
| | (800) 477-1827 | 0:29 | Tue, 7/29/08, 12:22 PM |
| | anonymous | 0:29 | Fri, 7/18/08, 5:44 PM |
| | (800) 477-1827 | 0:29 | Thu, 7/17/08, 6:07 PM |
| | (800) 477-1827 | 0:24 | Thu, 7/10/08, 12:30 PM |
| | (800) 477-1827 | 0:00 / 0:29 | Mon, 6/23/08, 9:35 AM |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT B**

PLAINTIFF'S COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

| | | |
|---|---|---|
| 1. Sleeplessness | YES | NO |
| 2. Fear of answering the telephone | (YES) | NO |
| 3. Nervousness | YES | NO |
| 4. Fear of answering the door | YES | NO |
| 5. Embarrassment when speaking with family or friends | YES | NO |
| 6. Depressions (sad, anxious, or "empty" moods) | YES | NO |
| 7. Chest pains | YES | NO |
| 8. Feelings of hopelessness, pessimism | YES | NO |
| 9. Feelings of guilt, worthlessness, helplessness | YES | NO |
| 10. Appetite and/or weight loss or overeating and weight gain | YES | NO |
| 11. Thoughts of death, suicide or suicide attempts | YES | NO |
| 12. Restlessness or irritability | YES | NO |
| 13. Headache, nausea, chronic pain or fatigue | YES | NO |
| 14. Negative impact on my job | YES | NO |
| 15. Negative impact on my relationships | YES | NO |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:

While listening to my voice messages on speaker in the presence of family and/or friends, it has been embarrassing to me for them to hear messages from a "debt collector." Had the phone calls been clearly identified in my caller ID as NCO, rather than as an "anonymous" caller, I would never have listened to my messages aloud in the presence of others. Further, I have now resorted to answering my telephone only if the caller can absolutely be identified. Since there are occasions for me to receive unidentified callers, my doctor's office for one, this has caused me to miss telephone calls that I should have answered, but would not for fear it was NCO calling. It has been very unsettling for me to receive excessive amounts of phone calls from NCO over several years, and I consider this excessiveness to be extreme harassment.

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: 12/18/08

_____
Signed Name

Geraldine Rosenberg
Printed Name