Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:    619/758-1891
Fax:    619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE ROSENBERG<br><br>             Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>             Defendant. | Case No.  08 CV 03072-JAM-GGH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER<br><br>      Fed. R. Civ. P. 41(a)(1) |

        Plaintiff, GERALDINE ROSENBERG, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on December 18, 2008.  NCO filed its Notice of Appearance on January 4, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated:                               KROHN & MOSS, LTD.
2/24/09

                                     /s/ Ryan Lee
                                     Ryan Lee, Esq.
                                     Attorney for Plaintiff,
                                     Geraldine Rosenberg

Dated:                               SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
2/24/09

                                     /s/Albert R. Limberg,
                                     Albert R. Limberg, Esq.
                                     Attorney for Defendant,
                                     NCO Financial Systems, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:  2/24/2009

                                     /s/ John A. Mendez
                                     The Honorable Judge
                                     Hon. John A. Mendez
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com